```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

HARVEST PIPELINE COMPANY, ET AL  *  CIVIL ACTION NO. 16-16605 "T"
                                 *
VERSUS                           *  JUDGE GUIDRY
                                 *
GREAT LAKES DREDGE & DOCK        *  MAGISTRATE VAN MEERVELD
COMPANY, ET AL                   *
                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Harvest Pipeline Company and Arrowhead Gulf Coast Pipeline, LLC, and file this First Supplemental and Amending Complaint against Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, LLC, Shallow Water Equipment, LLC and James Tassin, to amend the Complaint to reflect the name change of the plaintiff, Harvest Pipeline Company, to Harvest Midstream Company, to add Westchester Surplus Lines Insurance Company as a plaintiff, and to supplement as follows:

*1.*

*By amending the caption of the Complaint to read as follows:*

HARVEST MIDSTREAM COMPANY, ET AL

VERSUS

GREAT LAKES DREDGE & DOCK COMPANY, ET AL

2.

*By supplementing the Complaint to add the following as Paragraphs III(a) and III(b) as follows:*

III(a).

Harvest Midstream Company (hereinafter referred to as "Harvest") is a foreign corporation with is principal place of business in Houston, Texas.

III(b).

In July of 2018, Harvest Pipeline Company underwent a name change and is now called Harvest Midstream Company. The corporate status and the entity itself did not change other than in name only. Harvest Midstream Company is the successor in interest to Harvest Pipeline Company with respect to the BOA Pipeline involved in this lawsuit.

3.

*By supplementing the Complaint to add the following as Paragraph IV(a) as follows:*

IV(a).

Westchester Surplus Lines Insurance Company is a foreign insurer authorized to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court.

4.

*By adding the following Paragraph XLV:*

XLV.

Pursuant to the terms and conditions of the policy of insurance issued by Westchester Surplus Lines Insurance Company covering the BOA Pipeline, certain payments were made to or on behalf of the plaintiffs for damages caused by the defendants and for which Harvest and Arrowhead seek recovery against the defendants herein.  Westchester is conventionally and legally subrogated to the rights of the plaintiffs and is entitled to recover from defendants, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, LLC, Shallow Water Equipment, LLC and/or James Tassin for the full amounts paid by Westchester Surplus Lines Insurance Company in coverage related reimbursement to the plaintiffs, as well as pre-judgment and post-judgment interest, and any associated costs and fees.

5.

*By amending and supplementing the final paragraph or prayer of the original Complaint filed herein to read as follows:*

WHEREFORE, plaintiffs, Harvest Midstream Company, Arrowhead Gulf Coast Pipeline, LLC and Westchester Surplus Lines Insurance Company, pray this Court grant judgment in their favor over and against Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, LLC, Shallow Water Equipment, LLC and/or James

Tassin awarding plaintiffs actual damages in excess of $75,000, interest therein as allowed by law, pre-judgment and post-judgment interest as allowed law, all costs of this action, including reasonable attorney's fees pursuant to La. R.S. 40:1749.14(f), punitive and/or exemplary damages, expert attorney's fees and costs associated with the prosecution of this claim, and such other and further and general equitable relief as this Court may deem just and proper.

6.

Plaintiffs reallege and reassert all previous allegations, denials, claims and causes of action contained in the original Complaint as if copies herein in extenso.

WHEREFORE, plaintiffs, Harvest Midstream Company, Arrowhead Gulf Coast Pipeline, LLC and Westchester Surplus Lines Insurance Company, pray that this First Supplemental and Amending Complaint be filed herein, that defendants be served with the First Supplemental and Amending Complaint and that after due proceedings had there be judgment in favor of plaintiffs for damages as prayed for, together with legal interest thereon from date of judicial demand until paid, for all costs allowed under the law and as prayed for, and for all further general and equitable relief as provided by law.

Respectfully Submitted,

MAHTOOK & LAFLEUR, L.L.C.


BY:   s/Charles A. Mouton
      CHARLES A. MOUTON (17721), T.A.
      P. O. Box 3089
      Lafayette, LA  70502
      600 Jefferson Street
      Suite 1000 (70501)
      Phone : (337)266-2189
      E-mail: cmouton@mandllaw.com

              AND

      CRAIG ISENBERG (29603)
      CHRISTINE M. CALOGERO (36818)
      BARRASSO, USDIN, KUPPERMAN,
       FREEMAN & SARVER
      909 Poydras Street, 24th Floor
      New Orleans, LA  70112
      Phone :  (504)589-9753

      Counsel for Harvest Midstream
      Company, Arrowhead Gulf Coast
      Pipeline, LLC and Westchester
      Surplus Lines Insurance Company


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery           ( ) Prepaid U. S. Mail

( ) Facsimile               ( X ) CM/ECF System

Lafayette, Louisiana this 21st day of July, 2021.


                           s/Charles A. Mouton
                           CHARLES A. MOUTON